3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § | |
| Plaintiff, § | |
| § | Civil Action No. B-02-163 |
| v. § | |
| § | |
| § | |
| HARLINGEN FAMILY DENTISTRY, P.C., § | |
| Defendant § | |
| § | |

### PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

COMES NOW Plaintiff U.S. Equal Employment Opportunity Commission (hereinafter "EEOC"), pursuant to the Court's Order for Conference and Disclosures of Interested Parties, submits this disclosure of parties with a financial interest in the outcome of this litigation.

The following individuals, as Charging Parties upon whose allegations and claims of discrimination the EEOC brings its complaint, retain a financial interest in the outcome of this litigation:

1) Rosemary DeLeon;

2) Griselda Garcia; and

3) Maria Carrizales.

If additional class members are identified during the course of this litigation, the EEOC will promptly supplement pursuant to FED.R.CIV.P. 26.

DATE: September 24, 2002        Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT B. HARWIN
Regional Attorney
District of Columbia Bar No. 076083

JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
Southern District No. 14850

*Edward Juarez* (signature)
EDWARD JUAREZ
Trial Attorney
Texas State Bar No. 24014498
Southern District No. 29845

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Antonio District Office
5410 Fredericksburg Rd., Ste. 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Telecopier: (210) 281-7669

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Plaintiff's Disclosure of Interested Parties was served, by via facsimile, this 24th day of September, 2002, to the counsel of Defendant Harlingen Family Dentistry:

Nemecio E. Lopez
Attorney
1314 Harrison
Harlingen, Texas 78550

*Edward Juarez* (signature)
EDWARD JUAREZ