IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. B-02-163 |
| | § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § | |
| Defendant. | § § | |

## WAIVER OF SERVICE OF SUMMONS

To:   Edward Juarez, Trial Attorney, Equal Employment Opportunity Commission, 5410 Fredericksburg Rd., Suite 200, San Antonio, Texas 78229.

I acknowledge receipt of your request that I waive service of a Summons in the action of *Equal Employment Opportunity Commission v. Harlingen Family Dentistry, P.C.*, Civil Action No. B-02-163 in the United States District Court for the Southern District of Texas, Brownsville Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the entity on whose behalf I am acting be served with judicial process in the manner provided by Rule 4.

The entity on whose behalf I am acting will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against the party on whose behalf I am acting, if an answer or motion under Rule 12 is not served upon you within **60 days** after September 9, 2002.

Oct. 6, 2002
Date

Signature
Printed/typed name:   Juan D. Villarreal