IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § | |
| § | Civil Action. No. B-02-163 |
| v. § § | |
| HARLINGEN FAMILY DENTISTRY, P.C. § § | |
| Defendant § | |

## DEFENDANT'S ORIGINAL ANSWER

NOW COMES, HARLINGEN FAMILY DENTISTRY, P.C. and files this its Original Answer to the Plaintiff's complaint and would respectfully show as follows:

1. Defendant denies that this is an action based on religious discrimination.

2. Defendant admits that the Plaintiff has plead both jurisdiction and venue properly.

3. Defendant concedes that the Equal Employment Opportunity Commission is an agency charged with the administration, interpretation and enforcement of Title VII.

4. Defendant admits paragraph 4.

5. Defendant admits to paragraph 5.

6. Defendant believes that the portion of paragraph 6 regarding institution of suit of Plaintiff's complaint is true.

7. Defendant denies that portion of paragraph 6 regarding the Commission or the individuals having complied with all conditions precedent to filing of suit.

8. Defendant denies the allegations set out in paragraph 7 of Plaintiff's Original Complaint and demands strict proof thereof.

9. Defendant denies the allegations set out in paragraph 8 of Plaintiff's Original Complaint and demands strict proof thereof.

10. Defendant denies the allegations set out in paragraph 9 of Plaintiff's Original Complaint and demands strict proof thereof.

11. Defendant denies the allegations set out in paragraph 10 of Plaintiff's Original Complaint and demands strict proof thereof.

12. As to the allegations and request for relief in paragraphs A-H Defendant denies each and every one and demands strict proof thereof.

13. By way of affirmative defense, the Defendant would show that certain of the alleged causes of actions raised by the individuals are precluded by virtue of the applicable statute of limitations. The statute of limitations as to certain of such causes of action has run prior to the filing of the EEOC's Original Complaint.

14. By way of affirmative defense, the Defendant would further show that Griselda Garcia has previously agreed to settle all her claims including all her Title VII claims against this Defendant. As a result the Plaintiff is precluded from prosecuting such claims because of an accord and settlement.

15. The EEOC having been previously aware of the settlement of the claim of Griselda Garcia has nevertheless seen fit to prosecute such claim. As a result the EEOC is guilty of this frivolous claim and the Defendant seeks its attorney's fees for having to defend this action.

16. The Defendant EEOC has failed to properly investigate the claims upon which it is seeking relief. The sole purpose of the EEOC is to persecute those individuals who espouse a religious belief outside the Judeo-Christian norm. As a result of this religious prosecution, this Defendant seeks damages from the EEOC for its economic damages including but not limited to loss of business reputation, costs, costs of court and attorney's fees.

17. The actions of the EEOC were willful and wonton and in total disregard for the rights and privileges of its citizens. As a result this Defendant seeks sanctions against the EEOC for filing this frivilous action.

WHEREFORE, PREMISES CONSIDERED, Defendant herein prays that the Plaintiff be denied recovery sought, for its damages and attorneys fees and for such other and further relief, both in law and in equity to which it may be justly entitled.

Respectfully submitted,

Nemecio E. Lopez Jr.
Law Offices of Nemecio E. Lopez, Jr.
1314 E. Harrison
Harlingen, Texas 78550
Tele. 956-425-9554
Fax. 956-425-9436
SBN: 12568500
Fed. I.D. 4011

By: /s/ Nemecio E. Lopez
Nemecio E. Lopez, Jr.
LAW OFFICES OF RUBEN R. PEÑA, P.C.
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550

D:\WPDOCS\Family Dentistry\orig.ans.wpd

Telephone No. (956) 412-8200
Facsimile No. (956) 412-8282

BY: _____
RUBEN R. PEÑA
State Bar No. 15740900
Federal I.D. No. 1216
ATTORNEYS FOR DEFENDANT
HARLINGEN FAMILY DENTISTRY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Original Answer has this 7th day of November, 2002 been mailed by first class mail to the attorney of record for the EEOC as follows:

Gwendolyn Young Reams, Assoc. Gen. Counsel
Robert B. Harwin, Regional Attorney
Judith G. Taylor, Supervisory Trial Attorney
Edward Juarez, Trial Attorney
EEOC, San Antonio Dist. Office
5410 Fredericksburg Rd., Ste. 200
San Antonio, Texas 78229-3555

_____
Ruben R. Peña