United States District Court
Southern District of Texas
FILED

NOV 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action. No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C. | § § | |
| Defendant | § § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, Harlingen Family Dentistry, P.C., by and through its undersigned attorneys, and file this, and in accordance with the Court's Order of August 26, 2002, hereby files its list of financially interested parties to this litigation:

1. Harlingen Family Dentistry, P.C.;
2. Dr. Juan Villarreal
3. Rosemary De Leon;
4. Griselda Garcia; and
5. Maria Carrizales.

WHEREFORE, Defendant Harlingen Family Dentistry, hereby prays that the Court take notice of this filing. Additionally, Defendant Harlingen Family Dentistry, prays for such other and further relief, at law or in equity, to which he may be justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282


BY: _____
         RUBEN R. PEÑA
    Federal I.D. No. 1216
    State Bar No. 15740900

And

Nemecio E. Lopez Jr.
Law Offices of Nemecio E. Lopez, Jr.
1314 E. Harrison
Harlingen, Texas 78550
Tele. 956-425-9554
Fax. 956-425-9436
SBN: 12568500
Fed. I.D. 4011

ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the __7__ day of November, 2002, to:

Gwendolyn Young Reams, Assoc. Gen. Counsel
Robert B. Harwin, Regional Attorney
Judith G. Taylor, Supervisory Trial Attorney
Edward Juarez, Trial Attorney
EEOC, San Antonio Dist. Office
5410 Fredericksburg Rd., Ste. 200
San Antonio, Texas 78229-3555

_____
RUBEN R. PEÑA