7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY. COMMISSION | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-163 |
| HARLINGEN FAMILY DENTISTRY, P.C. | § | |

TYPE OF CASE:        __X__ CIVIL                                                  ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:                                                                                   ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:           CONTINUED TO DATE AND TIME:

**DECEMBER 4, 2002 AT 2:00 P.M.**                       **DECEMBER 5, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 13, 2002

TO:     MR. ROBERT HARWIN
        MS. JUDITH TAYLOR
        MR. EDWARD JUAREZ
        MR. RUBEN PENA
        MR. NEMECIO LOPEZ, JR.