United States District Court
Southern District of Texas
FILED

NOV 2 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § | |
| Defendant. | § § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f)
## FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, Equal Employment Opportunity Commission, and Defendant, Harlingen Family

Dentistry, P.C., submit the following Joint Discovery/Case Management Plan, pursuant to Rule 26(f)

of the Federal Rules of Civil Procedure and the Court's order of August 26, 2002.

1.  **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

    Counsel for both parties met telephonically on November 13, 2002 and in person on November 20, 2002. Plaintiff, Equal Employment Opportunity Commission, was represented by Eduardo Juarez, Attorney-in-Charge, and Defendant, Harlingen Family Dentistry, P.C., was represented by Nemecio E. Lopez, Jr.

2.  **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

    Rosemary R. DeLeon, Plaintiff vs. Harlingen Family Dentistry, P.C., Defendant; Cause No. 2001-01-520-G; In the District Court Cameron County, Texas 404th Judicial District.

3.  **Specify the allegation of federal jurisdiction.**

    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title

VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

4.      **Name the parties who disagree and the reasons.**

Defendant, Harlingen Family Dentistry, P.C., denies all allegations of the plaintiff.

5.      **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

None at this time.

6.      **List anticipated interventions.**

None at this time.

7.      **Describe class-action issues.**

Plaintiff, Equal Employment Opportunity Commission, alleges that Rosemary DeLeon, Griselda Garcia, Maria Carrizales and a class of similarly situated employees were discharged and/or subjected to other adverse employment actions in violation of Section 704(a) of Title VII for objecting to and/or refusing to attend employer-mandated courses because they contained religious content at the Harlingen Family Dentistry, P.C. facility in Harlingen, Texas.

8.      **State whether each party represents that it has made the initial disclosures required by Rule 26(a).  If not, describe the arrangements that have been made to complete the disclosures.**

The parties have agreed to make their initial disclosures under Rule 26(a) by January 18, 2002.

9.      **Describe the proposed agreed discovery plan, including:**

A.      **Responses to all the matters raised in Rule 26(f).**

Parties met telephonically on November 13, 2002 and in person on November 20, 2002, to discuss a discovery plan, including the scope and timing of both written and deposition discoveries.  The parties agreed that discovery could be completed within the limits imposed by the Rules and by the end of July 2003.

B.      **When and to whom the plaintiff anticipates it may send interrogatories.**

Plaintiff, Equal Employment Opportunity Commission anticipates sending interrogatories and requests for production to Defendant, Harlingen Family Dentistry,

2

P.C. by the end of January 2003.

**C.      When and to whom the defendant anticipates it may send interrogatories.**

Defendant, Harlingen Family Dentistry, P.C. anticipates sending interrogatories to Plaintiff, Equal Employment Opportunity Commission by the end of February 2003.

**D.      Of whom and by when the plaintiff anticipates taking oral depositions.**

Prior to the close of discovery, Plaintiff, Equal Employment Opportunity Commission, anticipates taking oral deposition of all persons with supervisory authority over Rosemary DeLeon, Griselda Garcia, Maria Carrizales and a class of similarly situated employees; Harlingen Family Dentistry, P.C.'s corporate representative pursuant to FRCP 30(b)(6); any expert witness designated by Defendant, and some or all of the persons whom Defendant may identify as having knowledge of facts relevant to this Action. Plaintiff, Equal Employment Opportunity Commission, reserves the right to take depositions of other individuals as discovery progresses.

**E.      Of whom and by when the defendant anticipates taking oral depositions.**

Prior to the close of discovery, Defendant, Harlingen Family Dentistry, P.C. anticipates taking oral deposition of Rosemary DeLeon, Griselda Garcia, Maria Carrizales and a class of similarly situated employees, any expert witness designated by Plaintiff, and some or all of the persons whom Plaintiff may identify as having knowledge of facts relevant to this action. Defendant, Harlingen Family Dentistry, P.C. reserves the right to take depositions of other individuals as discovery progresses.

**F.      List experts depositions the plaintiff anticipates taking and their anticipated completion date.  See Rule 26(a) (2)(B) (expert report).**

Plaintiff, Equal Employment Opportunity Commission will take any expert depositions within 90 days after they have been designated by Defendant, Harlingen Family Dentistry, P.C.

**G.      List expert depositions the defendant anticipates taking and their anticipated completion date.  See Rule 26(a) (2) (B)(expert report)**

Defendant, Harlingen Family Dentistry, P.C. will take any expert depositions within 90 days after they have been designated by Plaintiff, Equal Employment Opportunity Commission.

3

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

At this time, both parties are in agreement on the discovery plan.

11. **Specify the discovery beyond initial disclosure that has been undertaken to date.**

Although there has been some informal exchanges of information, no formal discovery has yet been undertaken in this case.

12. **State the date the planned discovery can reasonably be completed.**

July 30, 2003.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

No specific possibilities for a prompt resolution have been discussed to date, nevertheless, Plaintiff, Equal Employment Opportunity Commission, and Defendant, Harlingen Family Dentistry, P.C., are open to a speedy resolution of this case.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

Plaintiff, Equal Employment Opportunity Commission is required by Executive Order 12778, Civil Justice Reform, to make an offer of settlement to Defendant, Harlingen Family Dentistry, P.C., and will do so within 30 days after the Initial Pre-Trial conference. Defendant, Harlingen Family Dentistry, P.C. will respond promptly to such offer.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

Plaintiff, Equal Employment Opportunity Commission and Defendant, Harlingen Family Dentistry, P.C. are willing to discuss mediation at any time during these proceedings; however, they wish to first explore settlement without the expenses of formal ADR proceedings.

16. **Magistrate judges may hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

Both parties decline having a magistrate judge hear this case.

17. **State whether a jury demand has been made and if it was made on time.**

Plaintiff, Equal Employment Opportunity Commission has made a timely jury demand in this

cause of action. Defendant, Harlingen Family Dentistry, P.C., has

18. **Specify the number of hours it will take to present the evidence in this case.**

The parties anticipate it will take approximately 5 days to present the evidence in this case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

None at this time.

20. **List other motions pending.**

None at this time.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

None.

22. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

NEMECIO E. LOPEZ, JR.
Attorney at Law
Texas State Bar No. 12568500
Federal ID No. 4011

LAW OFFICES OF NEMECIO E. LOPEZ, JR.
1314 E. Harrison
Harlingen, Texas 78550
Telephone: (956) 425-9554
Telecopier: (956) 425-9437

RUBEN R. PENA, P.C.
Attorney at Law
Texas State Bar No. 15740900
Federal ID No. 1216

LAW OFFICES OF RUBEN R. PENA
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Telecopier: (956) 412-8282

EDWARD JUAREZ
Attorney-in-Charge
Texas State Bar No. 24014498
Federal ID No. 29845

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Telecopier: (210) 281-7669

5

ATTORNEYS FOR DEFENDANT          ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT B. HARWIN
Regional Attorney
District of Columbia Bar No. 076083

JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
Federal ID No. 14850

NEMECIO E. LOPEZ, JR.
Attorney
Texas State Bar No. 12568500
Federal ID No. 4011
Attorney-in-Charge

EDWARD JUAREZ
Trial Attorney
Texas State Bar No. 24014498
Federal ID No. 29845
Attorney-in-Charge

LAW OFFICES OF NEMECIO E. LOPEZ, JR.
1314 E. Harrison
Harlingen, Texas 78550
Telephone: (956) 425-9554
Telecopier: (956) 425-9437

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Telecopier: (210) 281-7669

RUBEN R. PENA, P.C.
Attorney at Law
Texas State Bar No. 15740900
Federal ID No. 1216

LAW OFFICES OF RUBEN R. PENA
P.O. Box 530160
222 W. Harrison

6

Harlingen, Texas 78550
Telephone: (956) 412-8200
Telecopier: (956) 412-8282

ATTORNEYS FOR DEFENDANT        ATTORNEYS FOR PLAINTIFF

Date: 11-20-02                 Date: 11-20-02

7