United States District Court
Southern District of Texas
FILED

DEC 0 5 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-163                    DATE & TIME:    12-05-02 AT 1:30 P.M.

EQUAL EMPLOYMENT OPPORTUNITY         PLAINTIFF(S)    JUDITH TAYLOR
COMMISSION                                               COUNSEL         ROBERT HARWIN
                                                                         EDWARD JUAREZ

VS.

HARLINGEN FAMILY DENTISTRY, P.C.              DEFENDANT(S)   RUBEN R. PENA
                                                             COUNSEL       NEMECIO LOPEZ, JR.

---

Attorneys Edward Juarez, Ruben Pena and Nemecio Lopez appeared. Hearing was changed to 2:30 P.M.

Parties have engaged in settlement discussions.

Parties will file an agreed scheduling order by December 9, 2002.

Prefer a trial setting in May, 2003.