/0

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY. COMMISSION § § § | |
| VS. § | CIVIL ACTION NO. B-02-163 |
| § § | |
| HARLINGEN FAMILY DENTISTRY, P.C. § | |

TYPE OF CASE:      __X__ CIVIL                          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 27, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   DECEMBER 16, 2002

TO:   MR. ROBERT HARWIN
      MS. JUDITH TAYLOR
      MR. EDWARD JUAREZ
      MR. RUBEN PENA
      MR. NEMECIO LOPEZ, JR.