IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § | |
| Defendant. | | |

## JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER

COME NOW Plaintiff, Equal Employment Opportunity Commission, and Defendant, Harlingen Family Dentistry, P.C., and submit their joint proposed scheduling order, which is attached hereto.

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT B. HARWIN
Regional Attorney

JUDITH G. TAYLOR
Supervisory Trial Attorney

_Nemecio E. Lopez, Jr._ w/ permission
Nemecio E. Lopez, Jr.
Attorney at Law
Texas State Bar No. 12568500
Federal ID No. 4011

Ruben R. Peña

_Edward Juarez_ w/ permission
EDWARD JUAREZ
Trial Attorney
Texas State Bar No. 24014498

Ruben R. Peña

| | |
|---|---|
| LAW OFFICES OF NEMECIO E. LOPEZ, R.<br>1314   E. Harrison<br>Harlingen, Texas 78550<br>Telephone: (956) 425-9554<br>Telecopier: (956) 425-9437 | EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION<br> San Antonio District Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, Texas 78229-3555<br>Telephone: (210) 281-7613<br>Telecopier: (210) 281-7669 |

RUBEN R. PENA, P.C.
Attorney at Law
Texas State Bar No. 15740900
Federal ID No. 1216

LAW OFFICES OF RUBEN R. PENA
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Telecopier: (956) 412-8282

| | |
|---|---|
| ATTORNEY FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

2