IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § § | |
| Defendant. | § | |

## SCHEDULING ORDER

On this day came on to be considered the initial pretrial conference in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

1. All discovery in this case must be completed by July 31, 2003. If additional time is required, a motion requesting such extension must be filed no later than July 18, 2003. Failure to file such motion shall preclude further discovery.

2. All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

3. A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than September 30, 2003.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

4.  A final pretrial and settlement conference is set for October 10, 2003, at 1:30 P.M. before Magistrate Judge John Wm. Black.

5.  Final Pretrial is set for ~~October 10, 2003, 8:30 A.M.~~ October 2, 2003 at 8:30 A.M. before Judge Andrew S. Hanen.

Jury selection is set for October  3 , 2003 at 9:00 A.M. before Judge Andrew S. Hanen.

6.  Trial on the merits is set for October XX , 2003, docket call.

DONE at Brownsville, Texas, on this  7TH  of ~~December, 2002~~ JANUARY 2003.

JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE