IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § | |
| Plaintiff, § § | Civil Action No. B-02-163 |
| v. § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., § § | |
| Defendant. § | |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

COME NOW Plaintiff, U.S. Equal Employment Opportunity Commission ("EEOC"), and Defendant, Harlingen Family Dentistry ("Harlingen"), and file this Joint Motion for Extension of Time to Complete Discovery. In support of its motion, the EEOC and Harlingen (referred to collectively as "the Parties") show the Court the following:

1. On January 7, 2003, the Court issued a Scheduling Order in this lawsuit, in which the Court ordered that all discovery be completed by July 31, 2003, and that if additional time is required, a motion requesting extension be filed by July 18, 2003.

2. The Parties have been diligent in their attempt to meet the discovery deadline set out in the Court's Scheduling Order.

3. The Parties have engaged, and continue to be engaged, in good faith attempts to resolve all discovery disputes amicably, without Court intervention.

4. Notwithstanding their diligence and good faith attempts to resolve discovery disputes amicably, the Parties need additional time to complete discovery in a fair and adequate manner. In particular, the Parties have found it difficult to complete discovery within the discovery deadline

imposed by the Court because witnesses and counsel are in different cities, and coordinating the demanding schedules of counsel has been laborious.

5.  Should the Court grant an extension of time within which to complete discovery, the Parties will, accordingly, request the Court extend all outstanding discovery deadlines until September 15, 2003.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant this motion and allow for an extension to September 15, 2003 within which to complete discovery.

Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
NEMECIO E. LOPEZ, JR.
Attorney
Texas State Bar No. 12568500
Federal ID No. 4011
Attorney-in-Charge

LAW OFFICES OF NEMECIO E. LOPEZ, JR.
1314 E. Harrison
Harlingen, Texas 78550
Telephone: (956) 425-9554
Telecopier: (956) 425-9437

ROBERT B. HARWIN
Regional Attorney
District of Columbia Bar No. 076083

JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
Federal ID No. 14850

_____
RUBEN R. PENA
Attorney
Texas State Bar No. 15740900
Federal ID No. 1216

LAW OFFICES OF RUBEN R. PENA
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Telecopier: (956) 412-8282

ATTORNEYS FOR DEFENDANT

_____
EDWARD JUAREZ
Trial Attorney
Texas State Bar No. 24014498
Federal ID No. 29845
Attorney-in-Charge

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Telecopier: (210) 281-7669

ATTORNEYS FOR PLAINTIFF