IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION § § § | |
| VS. § | CIVIL ACTION NO. B-02-163 |
| § § | |
| HARLINGEN FAMILY DENTISTRY, P.C. § | |

## ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

On this 21st day of July, 2003, came on to be heard the parties' Joint Motion for Extension of Time to Complete Discovery. After considering the Motion and the record as a whole, this Court hereby grants the Motion and enters this Order, and extends the discovery deadline through September 15, 2003. All other deadlines remain in effect as outlined in the Court's ruling on January 7, 2003.

Signed and entered this 21st day of July, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge