IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § |
| Plaintiff, | § § |
| v. | § § § |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § § |
| Defendant. | § |

Civil Action No. B-02-163

## JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ALL OTHER MOTIONS, INCLUDING JOINDER OF PARTIES

COME NOW Plaintiff, U.S. Equal Employment Opportunity Commission ("EEOC"), and Defendant, Harlingen Family Dentistry ("Harlingen"), and file this Joint Motion for Extension of Time Within Which to File all other Motions, including Joinder of Parties. In support of its motion, the EEOC and Harlingen (referred to collectively as "the Parties") show the Court the following:

1. On January 7, 2003, the Court issued a Scheduling Order in this lawsuit, in which the Court ordered that "[a]ll other motions, including joinder of parties must be filed no later than ten(10) days after the completion of discovery."

2. On July 22, 2003, the Court granted the Parties' Joint Motion for Extension of Time to Complete Discovery. The Court extended the discovery deadline to September 15, 2003.

3. As the Court granted an extension of time within which to conduct discovery until September 15, 2003, the Parties, accordingly, respectfully request the Court extend the filing of all other motions, including joinder of parties until September 25, 2003, ten (10) days after the completion of discovery.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court

grant this motion and allow for an extension to September 25, 2003, within which to file all other motions, including joinder of parties.

|  | Respectfully submitted, |
|---|---|
|  | JAMES L. LEE<br>Deputy General Counsel |
|  | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |

_____
NEMECIO E. LOPEZ, JR.
Attorney
Texas State Bar No. 12568500
Federal ID No. 4011
Attorney-in-Charge

LAW OFFICES OF NEMECIO E. LOPEZ, JR.
1314 E. Harrison
Harlingen, Texas 78550
Telephone: (956) 425-9554
Telecopier: (956) 425-9437

ROBERT B. HARWIN
Regional Attorney
District of Columbia Bar No. 076083

JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
Federal ID No. 14850

_____
RUBEN R. PENA (with permission)
Attorney
Texas State Bar No. 15740900
Federal ID No. 1216

LAW OFFICES OF RUBEN R. PENA
P.O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Telecopier: (956) 412-8282

ATTORNEYS FOR DEFENDANT

_____
EDWARD JUAREZ (with permission)
Trial Attorney
Texas State Bar No. 24014498
Federal ID No. 29845
Attorney-in-Charge

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7613
Telecopier: (210) 281-7669

ATTORNEYS FOR PLAINTIFF

JOINT MOTION FOR EXTENSION OF ALL OTHER
MOTIONS, INCLUDING JOINDER OF PARTIES