IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ALL OTHER MOTIONS, INCLUDING JOINDER OF PARTIES

On this the _12_ day of _AUGUST_, 2003, came on to be heard the Parties' Joint Motion for Extension of Time Within Which to File all Other Motions, including Joinder of Parties. After considering the Motion and the record as a whole, this Court hereby grants the Motion and enters this Order, and extends filing of all other Motions, including Joinder of Parties through September 25, 2003. All other deadlines remain in effect as outlined in the Court's ruling on January 7, 2003.

SIGNED this _12_ day of _AUGUST_, 2003.

_____
HONORABLE JOHN WM. BLACK
UNITED STATES MAGISTRATE JUDGE