

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § |
| Plaintiff, | § |
| | §   Civil Action No. B-02-163 |
| v. | § § |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § |
| Defendant. | § |

## NOTICE OF PENDING SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

1. The parties in the above-styled and numbered cause hereby notify the Court that they believe they have agreed on settlement terms which will dispose of the remainder of this litigation.

2. All documents necessary to resolve this matter will be filed with the Court by October 1, 2003.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____
NEMECIO E. LOPEZ, JR.
Attorney
Texas State Bar No. 12568500
Federal ID No. 4011
Attorney-in-Charge

ROBERT B. HARWIN
Regional Attorney
District of Columbia Bar No. 076083

| | |
|---|---|
| LAW OFFICES OF NEMECIO E. LOPEZ, JR.<br>1314 E. Harrison<br>Harlingen, Texas 78550<br>Telephone: (956) 425-9554<br>Telecopier: (956) 425-9437 | JUDITH G. TAYLOR<br>Supervisory Trial Attorney<br>Texas State Bar No. 19708300<br>Federal ID No. 14850 |
| *Ruben R. Pena* | *Edward Juarez* |
| RUBEN R. PENA (with permission)<br>Attorney<br>Texas State Bar No. 15740900<br>Federal ID No. 1216 | EDWARD JUAREZ (with permission)<br>Trial Attorney<br>Texas State Bar No. 24014498<br>Federal ID No. 29845<br>Attorney-in-Charge |
| LAW OFFICES OF RUBEN R. PENA<br>P.O. Box 530160<br>222 W. Harrison<br>Harlingen, Texas 78550<br>Telephone: (956) 412-8200<br>Telecopier: (956) 412-8282 | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>San Antonio District Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, Texas 78229-3555<br>Telephone: (210) 281-7613<br>Telecopier: (210) 281-7669 |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |