# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY. COMMISSION § § § | |
| VS. § | CIVIL ACTION NO. B-02-163 |
| § § | |
| HARLINGEN FAMILY DENTISTRY, P.C. § | |

TYPE OF CASE:   __X__ CIVIL                        ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been PASSED:

TYPE OF PROCEEDING:

**FINAL PRETRIAL AND SETTLEMENT CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 10, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 8, 2003

TO:   MR. ROBERT HARWIN
      MS. JUDITH TAYLOR
      MR. EDWARD JUAREZ
      MR. RUBEN PENA
      MR. NEMECIO LOPEZ, JR.