

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## San Antonio District Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7669

September 16, 2003

**VIA FACSIMILE - (956) 548-2792**

John Wm. Black
United States Magistrate Judge
600 E. Harrison, 1st Fl
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

     RE:    *EEOC v. Harlingen Family Dentistry, P.C.*
             Civil Action No. B-02-163

Dear Judge Black:

We are writing, as requested by your secretary Paula Tamayo, to inform the Court that the Equal Employment Opportunity Commission and Harlingen Family Dentistry have settled the above referenced Civil Action No. B-02-163. The signed settlement documents will be filed with the Court on or about the first week of October 2003.

The parties are thus requesting written notification from the Court regarding whether the parties must appear at the docket call set for September 30, 2003 at 1:30 p.m. and the jury selection and "final pretrial" hearing set for October 2, 2003, at 8:30 a.m. before Judge Andrew S. Hanen, as well as the "final pretrial and settlement conference" set for October 10, 2003, at 1:30 p.m. before Magistrate Judge John Wm. Black.

Ms. Tamayo agreed to notify Judge Hanen's clerk, Irma A. Soto, regarding this request. Thank you for your consideration and assistance.

Sincerely,

*Nemecio Lopez w/ permission*     *Eduardo Juarez*
Nemecio Lopez                            Eduardo Juarez
Counsel for HFD                 Counsel for EEOC

cc:    Judge Andrew S. Hanen
         Irma Sota