# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**NOTICE OF HEARING**

United States District Court
Southern District of Texas
ENTERED

SEP 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION § § § | |
| VS. § | CIVIL ACTION NO. B-02-163 |
| § | |
| HARLINGEN FAMILY DENTISTRY, P.C. § | |

TYPE OF CASE:     __X__ CIVIL                                     ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING: **STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN

DATE AND TIME:

**October 17, 2003 @ 9:30 a.m.**

**ALL OTHER SETTINGS ARE HEREBY CANCELLED.**

TAKE NOTICE that the proceeding in this case will be held before Judge Andrew S. Hanen.

Michael N. Milby, Clerk

BY: _____
Irma A. Soto, Deputy Clerk

DATE: September 17, 2003

TO: **ALL COUNSEL OF RECORD**