IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
Southern District of Texas
       FILED
   OCT 0 2 2003
   Michael N. Milby
    Clerk of Court
```

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § § | |
| Defendant. | § | |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendant, Harlingen Family Dentistry, P.C., and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, the parties respectfully show the Court as follows:

EEOC and Harlingen Family Dentistry, P.C. have resolved, compromised, and settled all matters at issue in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, United States Equal Employment Opportunity Commission, and Defendant, Harlingen Family Dentistry, P.C., respectfully request that this Court enter the Consent Decree attached to this Motion.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

| | |
|---|---|
| /s/ Nemecio E. Lopez, Jr. | JAMES L. LEE<br>Deputy General Counsel |
| NEMECIO E. LOPEZ, JR.<br>Attorney<br>Texas State Bar No. 12568500<br>Federal ID No. 4011<br>Attorney-in-Charge | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| | ROBERT B. HARWIN<br>Regional Attorney<br>District of Columbia Bar No. 076083 |
| LAW OFFICES OF NEMECIO E. LOPEZ, JR.<br>1314 E. Harrison<br>Harlingen, Texas 78550<br>Telephone: (956) 425-9554<br>Telecopier: (956) 425-9437 | JUDITH G. TAYLOR<br>Supervisory Trial Attorney<br>Texas State Bar No. 19708300<br>Federal ID No. 14850 |
| /s/ Ruben R. Pena | /s/ Edward Juarez |
| RUBEN R. PENA<br>Attorney<br>Texas State Bar No. 15740900<br>Federal ID No. 1216 | EDWARD JUAREZ<br>Trial Attorney<br>Texas State Bar No. 24014498<br>Federal ID No. 29845<br>Attorney-in-Charge |
| LAW OFFICES OF RUBEN R. PENA<br>P.O. Box 530160<br>222 W. Harrison<br>Harlingen, Texas 78550<br>Telephone: (956) 412-8200<br>Telecopier: (956) 412-8282 | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>San Antonio District Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, Texas 78229-3555<br>Telephone: (210) 281-7613<br>Telecopier: (210) 281-7669 |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

Page 2