IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. B-02-163 |
| v. | § § | |
| HARLINGEN FAMILY DENTISTRY, P.C., | § § | |
| Defendant. | § | |

**FINAL JUDGMENT ORDER ENTERING CONSENT DECREE**

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. After reviewing the Consent Decree, the Court finds that all issues in the Complaint have been disposed of, that the parties are in agreement, and that the Consent Decree should be entered.

Nothing herein or in the Consent Decree is intended to confer upon any person or entity other than the Equal Employment Opportunity Commission or Harlingen Family Dentistry the right to seek enforcement of the Consent Decree and/or any terms contained therein.

It is therefore ordered that the Consent Decree is hereby entered and the Court shall only retain jurisdiction to enforce the terms and conditions as set forth in the Consent Decree, which is attached to the parties' Joint Motion to Enter Consent Decree.

Signed this 6th day of October, 2003.

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE